IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Case No. 09-cv-00864-WDM-MJW

ROBERT JEFFERY ("JEFF") HALPAPE;

    Plaintiff,

v.

TIAA-CREF INDIVIDUAL & INSTITUTIONAL SERVICES, LLC., et al.,

    Defendants.

_____

**ORDER OF RECUSAL**
_____

Pursuant to 28 U.S.C. § 455 the undersigned recuses himself for service in the above captioned matter because of his existing relationship to TIAA-CREF, the parent of WRC Properties, Inc. and directs that this case be returned to the Clerk for reassignment by random draw.

DATED at Denver, Colorado, on April 16, 2009

                                  BY THE COURT:

                                  s/ Walker D. Miller
                                  United States District Judge

PDF FINAL