IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   09-cv-00864-PAB-MJW

ROBERT JEFFERY ("JEFF") HALPAPE,
on behalf of himself and all other similarly situated,

　　　　Plaintiff(s),

v.

TIAA-CREF INDIVIDUAL & INSTITUTIONAL SERVICES, LLC,
d/b/a   TIAA-CREF, et al,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

　　　　It is hereby ORDERED that the Joint Motion for Stipulated Protective Order (docket no. 37) is GRANTED finding good cause shown.  The written Stipulation and Protective Order (docket no. 37-2) is APPROVED as amended in paragraphs 6 and 15 and made an Order of Court.

Date:  August 11, 2009